CDA
USAO#2020R00857

FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 NOV -4  PM 3: 03

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

CLERK'S OFFICE
AT BALTIMORE

BY____TD____DEPUTY

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO.** CCB-21-440 |
| | * | |
| **JACOB MATTHEW MARTZ,** | * | **(Possession of a Firearm by a** |
| | * | **Prohibited Person, 18 U.S.C.** |
| **Defendant.** | * | **§ 922(g)(1); Possession of a** |
| | * | **Machinegun, 18 U.S.C. § 922(o); and** |
| | * | **Forfeiture, 18 U.S.C. § 924(d), 28** |
| | * | **U.S.C. § 2461(c))** |

******

## INDICTMENT

### COUNT ONE
### Possession of a Firearm by a Prohibited Person

The Grand Jury for the District of Maryland charges:

On or about October 6, 2021, in the District of Maryland, the defendant,

**JACOB MATTHEW MARTZ,**

knowing he had previously been convicted of a crime punishable by imprisonment for a term

exceeding one year, knowingly possessed firearms, to wit: a HK VP9 pistol bearing serial number

224268952; a HK VP9 pistol bearing serial number 224281970; a CZ 75 pistol bearing serial

number B018445; a Smith and Wesson MP9 Shield pistol bearing serial number HYV3158; a

Ruger pistol bearing serial number 8257633; a Colt MK IV series 70 pistol bearing serial number

70B26255; a Mossberg 500A 12-gauge shotgun bearing serial number L146601; a Windham

Weaponry WW-15 rifle bearing serial number WW166906; a FN America FN15 rifle bearing

serial number FNCR013292; a Braztech International .45 caliber rifle bearing serial number

AAL052281; a Remington .22 caliber rifle bearing serial number 1143392; a Marlin Model 60

rifle bearing serial number 09333422; a KBI Inc. 410 shotgun bearing serial number 18M-M; a Marlin Firearms Model 336CS rifle bearing serial number 09055443; a Marlin Firearms Model 15YN rifle bearing serial number 06454196; and a Marlin Firearms Model 70P rifle bearing serial number 11320153; and assorted ammunition, and the firearms were in and affecting commerce. 18 U.S.C. § 922(g)(1)

## COUNT TWO
## Possession of a Machinegun

The Grand Jury for the District of Maryland charges:

On or about October 6, 2021, in the District of Maryland, the defendant,

## JACOB MATTHEW MARTZ,

did knowingly possess machineguns, to wit: machinegun conversion devices for AR-15 style

rifles, also known as "drop in auto sears," parts designed and intended solely and exclusively, or

combination of parts designed and intended, for use in converting a weapon into a machinegun.

18 U.S.C. § 922(o)

## FORFEITURE

The Grand Jury for the District of Maryland further finds that:

1.       Pursuant to Fed. R. Crim. P. 32.2, notice is hereby given to the defendant that the United States will seek forfeiture as part of any sentence in accordance with 18 U.S.C. § 924(d), and 28 U.S.C. § 2461(c), in the event of the defendant's conviction(s).

2.       Pursuant to 18 U.S.C. § 924(d), upon conviction of any offense(s) alleged in the Indictment, the defendant shall forfeit to the United States, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), any firearms and ammunition involved in the offense(s) of conviction.

3.       The property to be forfeited includes, but is not limited to:

   a.  a HK VP9 pistol bearing serial number 224268952;

   b.  a HK VP9 pistol bearing serial number 224281970;

   c.  a CZ 75 pistol bearing serial number B018445;

   d.  a Smith and Wesson MP9 Shield pistol bearing serial number HYV3158;

   e.  a Ruger pistol bearing serial number 8257633;

   f.  a Colt MK IV series 70 pistol bearing serial number 70B26255;

   g.  a Mossberg 500A 12-gauge shotgun bearing serial number L146601;

   h.  a Windham Weaponry WW-15 rifle bearing serial number WW166906;

   i.  a FN America FN15 rifle bearing serial number FNCR013292;

   j.  a Braztech International .45 caliber rifle bearing serial number AAL052281;

   k.  a Remington .22 caliber rifle bearing serial number 1143392;

   l.  a Marlin Model 60 rifle bearing serial number 09333422;

   m.  a KBI Inc. 410 shotgun bearing serial number 18M-M;

4

n.  a Marlin Firearms Model 336CS rifle bearing serial number 09055443;

o.  a Marlin Firearms Model 15YN rifle bearing serial number 06454196;

p.  a Marlin Firearms Model 70P rifle bearing serial number 11320153; and

q.  approximately 5200 rounds of assorted ammunition.

18 U.S.C. § 922(g)(1)
18 U.S.C. § 922(o)
18 U.S.C. § 924(d)
28 U.S.C. § 2461

_Erek L. Barron_
Erek L. Barron
United States Attorney

A TRUE BILL:

███████████████████████

Foreperson

11-04-2021

Date

5